.

| | | |
|---|---|---|
| KARI MYKEL CHANDLER<br>2 W SEGREST AVE<br>BAY SPRINGS, MS 39422 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | UPSTART FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS, CA 94070 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | UPSTART/DRB<br>P.O. BOX 1503<br>SAN CARLOS, CA 94070 |
| BRIDGECREST ACCEPTANCE<br>PO BOX 53087<br>SUITE 100<br>PHOENIX, AZ 85072 | LVNV FUNDING LLC<br>BANKRUPTCY<br>PO BOX 1269<br>GREENVILLE, SC 29602 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | MIDLAND CREDIT MGMT<br>ATTN: BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO, CA 92193 | US DEPT OF EDUCATION<br>C/O U.S. ATTORNEY<br>501 E. COURT ST<br>STE 4.430<br>JACKSON, MS 39201 |
| CHECK 'N GO<br>ATTN: BANKRUPTCY<br>PO BOX 36454<br>CINCINNATI, OH 45236 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | WILLIAM CHANDLER<br>271 SCR 132-A<br>RALEIGH, MS 39153 |
| CITI BANK<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | OPPLOANS<br>ATTN: BANKRUPTCY<br>P.O. BOX 5040<br>FREDERICKSBURG, VA 22403 | |
| CONCORA CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | RUBIN LUBIN<br>3145 AVALON RDIGE PL<br>STE 100<br>NORCROSS, GA 30071 | |
| DEPT OF ED/AIDVANTAGE<br>PO BOX 300001<br>GREENVILLE, TX 75403 | SN SERVICING CORP<br>P.O. BOX 660820<br>DALLAS, TX 75266-0820 | |
| DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 30943<br>SALT LAKE CITY, UT 84130 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 | |