United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51373-KMS |
| Kari Mykel Chandler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Sep 26, 2025 | Form ID: ntcds13v | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kari Mykel Chandler, 2 W Segrest Ave, Bay Springs, MS 39422-5118 |
| 5564744 | + | Rubin Lubin, 3145 Avalon Rdige Pl, Ste 100, Norcross, GA 30071-1570 |
| 5564751 | + | William Chandler, 271 SCR 132-A, Raleigh, MS 39153-5403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | | |
| | | | Sep 26 2025 23:31:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5564731 | + | Email/Text: rm-bknotices@bridgecrest.com | | |
| | | | Sep 26 2025 19:28:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5565429 | + | EDI: AISACG.COM | | |
| | | | Sep 26 2025 23:31:00 | Bridgecrest Credit Company, LLC as Agent and Servi, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5564732 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 26 2025 23:25:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5564733 | + | Email/Text: bankruptcy@axcess-financial.com | | |
| | | | Sep 26 2025 19:28:00 | Check 'n Go, Attn: Bankruptcy, Po Box 36454, Cincinnati, OH 45236-0454 |
| 5564734 | | EDI: CITICORP | | |
| | | | Sep 26 2025 23:31:00 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5564735 | + | EDI: PHINGENESIS | | |
| | | | Sep 26 2025 23:31:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5564737 | | EDI: DISCOVER | | |
| | | | Sep 26 2025 23:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5564736 | + | EDI: MAXMSAIDV | | |
| | | | Sep 26 2025 23:31:00 | Dept Of Ed/aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5564739 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Sep 26 2025 19:28:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5564738 | | EDI: IRS.COM | | |
| | | | Sep 26 2025 23:31:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5564740 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 26 2025 19:37:41 | LVNV Funding LLC, Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5567067 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 26 2025 19:37:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5564742 | | EDI: MSDOR | | |
| | | | Sep 26 2025 23:31:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: ntcds13v | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 5564741 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2025 19:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5564743 | + | Email/Text: opportunitynotices@gmail.com | Sep 26 2025 19:28:00 | OppLoans, Attn: Bankruptcy, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5564745 | ^ | MEBN | Sep 26 2025 19:25:53 | SN Servicing Corp, P.O. Box 660820, Dallas, TX 75266-0820 |
| 5564746 | | Email/Text: bankruptcy@towerloan.com | Sep 26 2025 19:28:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5564749 | ^ | MEBN | Sep 26 2025 19:25:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5564750 | + | Email/Text: ebone.woods@usdoj.gov | Sep 26 2025 19:28:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5564747 | + | EDI: LCIUPSTART | Sep 26 2025 23:25:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5564748 | + | EDI: LCIUPSTART | Sep 26 2025 23:25:00 | Upstart/drb, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kari Mykel Chandler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 25−51373−KMS
Chapter: 13

In re:
Kari Mykel Chandler
2 W Segrest Ave
Bay Springs, MS 39422

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−0272

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on September 25, 2025, Kari Mykel Chandler (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 10). On September 26, 2025, the court entered an *ex parte* order (Dkt. # 11) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 9/26/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790